Lauren Tegan Rodkey (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Richard Loope*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LOOPE,<br><br>             Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>             Defendant. | **Case No. 2:19-cv-00155-PA-MAA**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Richard Loope, and Defendant, Citibank, N.A., ("Citibank") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Notice of Voluntary Dismissal within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter.

Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement

Respectfully submitted this 25th day of February 2019.

>/s/ *Youssef H. Hammoud*
> Youssef H. Hammoud (SBN: 321934)
> Price Law Group, APC
> 6345 Balboa Blvd, Suite 247
> Encino, CA 91316
> T: (818) 600-5596
> F: (818) 600-5496
> E: youssef@pricelawgroup.com
>
> Lauren Tegan Rodkey (SBN: 275830)
> Price Law Group, APC
> 6345 Balboa Blvd, Suite 247
> Encino, CA 91316
> T: (818) 600-5526
> F: (818) 600-5426
> E: tegan@pricelawgroup.com
> *Attorneys for Plaintiff,*
> *Richard Loope*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*