Lauren Tegan Rodkey (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Richard Loope*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LOOPE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>　　　　Defendant. | **Case No. 2:19-cv-00155-PA-MAA**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CITIBANK, N.A., WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff Richard Loope, by and through undersigned counsel and pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the action against Defendant Citibank, N.A., with prejudice.

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted March 27, 2019.

/s/ *Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Richard Loope*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/Jacey Gutierrez